574

PHILIP L. SMITH and Others, Copartners, etc., Plaintiffs, v. BANK OF NEW YORK AND TRUST COMPANY, Appellant, and MANUFACTURERS TRUST COMPANY, Impleaded Defendant, Respondent.— Order denying motion of defendant Bank of New York and Trust Company for summary judgment against the impleaded defendant Manufacturers Trust Company, in the event plaintiffs' motion for summary judgment against defendant Bank of New York and Trust Company should be granted, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN I. PHILLIPS, Appellant, Impleaded with Another, Defendant.— Judgment convicting defendant-appellant of the crime of conspiracy in violation of section 580 of the Penal Law, unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

B. C. L. COMPANY, INC., Appellant, v. FRANK J. TAYLOR, as Comptroller of the City of New York, and THE CITY OF NEW YORK, Respondents.— Taxpayer's action for a permanent injunction restraining defendant Frank J. Taylor, as comptroller, etc., from transferring funds, pursuant to a resolution of the board of estimate and apportionment, to the district attorney of the county of New York and enjoining said defendant from paying the salaries of Thomas E. Dewey and of any members of his staff, appointed by the district attorney. Judgment dismissing the complaint for insufficiency, and order denying plaintiff's motion for an injunction, *pendente lite,* restraining payment of any part of moneys appropriated for salaries to Thomas E. Dewey and his staff, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

JOHN W. DALY, Appellant, v. THE CITY OF NEW YORK, Respondent.—Action to recover the difference between wages paid plaintiff as a cable tester in the fire department of the city of New York and the prevailing rate of wages in the same trade or occupation during the period from July 1, 1929, to December 31, 1929. Determination of Appellate Term unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

CITIZENS SAVINGS BANK, Respondent, v. VIKING ARMS CORPORATION and Another, Appellants, and Others.— Action to foreclose a first mortgage on premises known as 610–616 West One Hundred and Forty-third street, New York city. Order granting plaintiff's motion to strike out the answers of defendants [and] for summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

KATHERINE MCDONALD and Others, Respondents, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant.— Order denying defendant's motion for judgment dismissing the complaint for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.